Same case below, 380 Fed. Appx. 899.

**No. 10-11030. David Thomas, Jr., Petitioner v. C. Zakhoria, et al.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6087.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 538.

**No. 10-11037. Jose E. Cervantes-Guerra, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 206, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 5982.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 419 Fed. Appx. 789.

**No. 10-11032. Darrell McDowell, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6492.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-11040. Zakiya Oneal, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 206, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6007.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 443.

**No. 10-11033. Barry Mitchell, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6038,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-11041. Develae Paige, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 206, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 5974.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 634 F.3d 871.

**No. 10-11034. Travis Monte Nelson, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6061.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11042. Anthony McNeal, Petitioner v. Illinois.**

565 U.S. 864, 132 S. Ct. 206, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6494.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.